| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | OTISHA M. STARNES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-po-00043-SAB |
| Plaintiff, | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE AND TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| vs. | |
| OTISHA M. STARNES, | Date:  June 15, 2023 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Otisha M. Starnes, that Citation No. 9144748 shall be resolved by payment of a fixed-sum in lieu of Ms. Starnes's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. Specifically, Ms. Starnes agrees to pay a $250 forfeiture amount and $30 processing fee and agrees to pay the amount in full prior to June 15, 2023. The parties respectfully request that this Court discharge the $50 that will remain after the forfeiture is paid, as the extra amount was charged in error.  *See* General Order No. 627, United States District Court for the Eastern District of California, p. 51 (setting forfeiture for 41 CFR 102-74.400(a) at $250).  The parties further request that the Court continue the May 18, 2023 status conference to June 15, 2023, with the understanding that, should Ms. Starnes pay the correct forfeiture amount before the June 15,

1 | 2023, status conference, this matter will be resolved and her appearance will be unnecessary.

                                                              Respectfully submitted,

                                                              PHILLIP A. TALBERT
                                                              United States Attorney

Date: May 15, 2023                            */s/ Chan Hee Chu*
                                                              CHAN HEE CHU
                                                              Special Assistant United States Attorney
                                                              Attorney for Plaintiff


                                                              HEATHER E. WILLIAMS
                                                              Federal Defender

Date: May 15, 2023                            */s/ Laura Myers*
                                                              LAURA MYERS
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                              OTISHA STARNES

## **ORDER**

**IT IS SO ORDERED.** The Court continues the status conference currently scheduled for May 18, 2023, to June 15, 2023. If the defendant pays the $250 forfeiture amount and $30 processing fee prior to the June 15, 2023 status conference, the matter will be closed.

IT IS SO ORDERED.

Dated: **May 15, 2023**

                                                              UNITED STATES MAGISTRATE JUDGE